Henry Swinney        12-14-00142-CR        In The Court
     VS.                                        of Appeals
State of Texas                                    12th Judical District
                                                     Tyler Tx

REC'D IN COURT OF APPEALS
12th Court of Appeals District
FEB - 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Sir or Madam,

I Henry Swinney am writing in reference to the above case number. I, not out of disrespect, ask for verification of current deadlines.

I am currently reside in smith county Jail, as of January 23, 2015. As of January 28, 2015 have not had access to my applets record.

My current situation gives me no access to a computer or copy machine.

I humbley ask the court to consider less copies, and that I may turn in all documents hand written. Im unaware of many legal protocols, saying this, I would ask the court to approve my appearance in the Law Library. I sent in a request to the county Jail, and have recieved no action or Reply. I respectfully ask that the above be considered. Thank You and God Bless.

Henry M. Swinney
TDC# 1935890
SO# 109771
206 E Elm st
Tyler Tx 75702